

FILED
CLERK, U.S. DISTRICT COURT
MAR - 4 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>    v.<br><br>CARL HOLMAN,<br><br>             Defendant. | NO.:08-0520M<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed.R.Crim.P. 32.1(a)(6);<br>18 U.S.C. 3143(a)] |

    The defendant having been arrested in this District pursuant to a "No Bail" warrant issued by the United States District Court for the Southern District of California for alleged violation(s) of the terms and conditions of his supervised release; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.  (X)  The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is

Deten[2].ord

1  based on Mr. Holman's failure to present any evidence to meet
2  his burden on this issue. Further, Mr. Holman allegedly failed
3  to report to the Probation Office following his release from the
4  Bureau of Prisons on January 31, 2008, to reside in a
5  Residential Reentry Center as directed by the Probation Office.
6  and

7  B.  (X)  The defendant has not met his burden of establishing by
8  clear and convincing evidence that he is not likely to pose a
9  danger to the safety of any other person or the community if
10  released under 18 U.S.C. § 3142(b) or (c). This finding is
11  based on Mr. Holman's failure to present any evidence to meet
12  his burden on this issue. Further, it is based on Mr. Holman's
13  extensive criminal history.

15  IT THEREFORE IS ORDERED that the defendant be detained pending
16  the further revocation proceedings.

18  DATED: March 4, 2008

*Margaret A. Nagle*
MARGARET A. NAGLE
United States Magistrate Judge

Deten[2].ord                                    2